**EXHIBIT A**

| | |
|---|---|
| **From:** | Jacob, Agnetha (Law) <ajacob@law.nyc.gov> |
| **Sent:** | Monday, June 26, 2017 2:08 PM |
| **To:** | David B. Rankin |
| **Cc:** | Abigail Robinson; Mikespieg |
| **Subject:** | RE: Carlson_Gonzalez - amended comp w_ new caption and sign page |

Yes, the re-filing is fine with me.

**Agnetha E. Jacob**
Assistant Corporation Counsel
General Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-0881 | ajacob@law.nyc.gov

---

**From:** David B. Rankin [mailto:DRankin@BLHNY.COM]
**Sent:** Monday, June 26, 2017 2:04 PM
**To:** Jacob, Agnetha (Law)
**Cc:** Abigail Robinson; Mikespieg
**Subject:** Fw: Carlson_Gonzalez - amended comp w_ new caption and sign page

**Dear Ms. Jacob,**

**Please find attached a corrected copy of the amended complaint we wish to file. Please provide written consent for our filing this document. As you saw from the ECF bounce, the problem was a typographical error while the document was being uploaded to ECF and we changed the Doe defendants to refer to them as Does. I trust this is acceptable.**

**Best,
David**

--------------

**David B. Rankin | Partner
Beldock Levine & Hoffman LLP**
99 Park Avenue, PH/26th Fl. | New York, NY 10016
Tel: (212) 277-5825 Fax: (212) 277-4901
DRankin@blhny.com | http://www.blhny.com
_____

**This message may contain privileged material. If you are not the intended recipient, please return it.**

**From:** Abigail Robinson
**Sent:** Monday, June 26, 2017 1:32 PM
**To:** David B. Rankin
**Subject:** Carlson_Gonzalez - amended comp w_ new caption and sign page

Per your request please find attached the amended complaint with updated caption and signature page.

**Abigail Robinson | Paralegal**
**Beldock Levine & Hoffman LLP | New York**
99 Park Avenue, PH/26th Fl. | New York, NY 10016
Tel: (212) 277-5888 | Fax: (212) 277-5880
ARobinson@blhny.com | **http://www.blhny.com**