UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
Marcela Carlson, individually, as mother and next friend
of A.G., and as administrator of the estate of Richard
Gonzalez,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | 17-CV-172 (PAE) |

The City of New York, Corizon Health Inc., Corizon
Health Clinical Solutions, LLC, Corizon Inc.,
Correctional Medical Associates Of New York, P.C.,
New York City Department Of Correction Officers
("C.O.") Javar Chatham, Terry Henry, Antonia Drake,
Captain Mohammed Shanu, C.O. John And Jane Does,
Dr. Frank Flores, Elmay Allen, LPN, Physician
Assistant Bernard, Phillip Germain, RN, and Medical
John and Jane Roes

Defendants.
-----------------------------------------------------------------------x

   **PLEASE TAKE NOTICE,** that upon the accompanying (i) Memorandum of

Law in Support of the Motion to Dismiss the Amended Complaint by Corizon Health Inc.,

Corizon Health Clinical Solutions, LLC, Corizon Inc., Correctional Medical Associates Of New

York, P.C., Dr. Frank Flores, Elmay Allen, Jean-Luc Bernard, and Phillip Germain ("Corizon

and the Individual Medical Defendants"), and (ii) Declaration of Agnetha E. Jacob, dated August

25, 2017, in support of the same, Corizon and the Individual Medical Defendants will move this

Court, at the United States Courthouse for the Southern District of New York, located at 40

Foley Square, New York, NY 10007, at a date and time to be designated by the Court, for an

Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint

in its entirety as against Corizon and the Individual Medical Defendants, and awarding Corizon

and the Individual Medical Defendants such other and further relief as the Court deems just and

proper.

Dated:   New York, NY
         August 25, 2017

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the
                                           City of New York
                                        100 Church Street
                                        New York, NY 10007
                                        *Attorney for Corizon and the Individual*
                                        *Medical Defendants*
                                        Tel: (212) 356-0881
                                        Fax: (212) 356-8760
                                        ajacob@law.nyc.gov

                                        By:   /s/ Agnetha E. Jacob
                                              Agnetha E. Jacob
                                              Assistant Corporation Counsel

To:      David Bruce Rankin
         Rankin & Taylor, PLLC
         *Attorney for Plaintiff*
         11 Park Place, Suite 914
         New York, NY 10007

         Michael L Spiegel
         The Law Offices of
            Michael L. Spiegel
         *Attorney for Plaintiff*
         11 Park Place, Suite 914
         New York, NY 10007