# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 970000.011

WRITER'S DIRECT DIAL:
212-277-5825

**VIA ECF ONLY**

November 10, 2017

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:**  *Carlson et al. v. City of New York, et al.*
**17-CV-172 (PAE)**

Your Honor:

    I am among counsel to Ms. Carlson, the plaintiff in the above captioned matter. I write to request an additional two weeks to file a Second Amended Complaint. Currently, the date for filing an amended complaint is November 13, 2017; plaintiff requests an extension of time up to and including November 27, 2017. The represented defendants do not object to this application.

    This is the second request for this relief. The first request was granted on September 15, 2017, by memo-endorsed Order (Dkt. #68). The Order directed that "[i]f the plaintiff has not received the requested discovery by October 30, 2017, the Court directs the plaintiff to so notify the Court by letter motion and to request an additional extension of time, if necessary." The discovery from the City of New York arrived at our office November 6, 2017, and is voluminous, therefore additional time is necessary.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Paul A. Engelmayer
November 10, 2017
Page 2

    We thank Your Honor for your attention to this matter.

                                                Respectfully submitted,

                                                David B. Rankin

11/17/17

Granted. The Second Amended Complaint is due November 27, 2017.

    SO ORDERED.

                              Paul A. Engelmayer
                              PAUL A. ENGELMAYER
                              United States District Judge