U.S. DISTRICT COURT OF THE STATE OF NEW YORK
SOUTHERN-NY COUNTY

MARCELA CARLSON, INDIVIDUALLY AS MOTHER AND NEXT FRIEND OF A.G.
& AS ADMINISTRATOR OF THE ESTATE OF RICHARD GONZALEZ

vs *Plaintiff*

THE CITY OF NEW YORK, ET AL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:17 CV 00172-PAE
DATE FILED: 11/28/2017
Job #: 473748
Client File#

BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE PH 26TH FL
NEW YORK, NEW YORK 10016-1601

CLIENT'S FILE NO.:

**AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

Steven Sclafani , being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 12/19/2017 at 1:38 PM at 75-20 Astoria Blvd. East Elmhurst, NY 11370, , deponent served the within SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL, INDIVIDUAL RULES & PRACTICES OF HONORABLE PAUL A ENGELMAYER, ELEC CASE FILING RULES & INSTRUCTIONS on C.O,CANADY SHIELD NO 10941 ANNA M KROSS CENTER (AMKC) therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with "JANE" D'AGOSTINO SHIELD 2770 CO-WORKER a person of suitable age and discretion at 75-20 Astoria Blvd. East Elmhurst, NY 11370, , said premises being the recipient's actual place of business within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 12/20/2017 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 75-20 ASTORIA BLVD, EAST ELMHURST, NY 11370
Deponent previously attempted to serve the above named individual on

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 36 - 50 Yrs., **Approx Weight:** 131-160 Lbs., **Approx Height:** 5' 4" - 5' 8", **Sex:** Female, **Approx Skin:** White, **Approx Hair:** Black

**Other:** glasses

Deponent spoke to "JANE" D'AGOSTINO SHIELD 2770
Inquired as to the C.O,CANADY SHIELD NO 10941 ANNA M KROSS CENTER (AMKC)s place of business and received a positive reply and confirmed the above address of C.O,CANADY SHIELD NO 10941 ANNA M KROSS CENTER (AMKC) and asked whether C.O, CANADY SHIELD NO 10941 ANNA M KROSS CENTER (AMKC) was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the C.O,CANADY SHIELD NO 10941 ANNA M KROSS CENTER (AMKC) always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the C.O,CANADY SHIELD NO 10941 ANNA M KROSS CENTER (AMKC) is not in the military service of New York State or of the United States as that the



Sworn to before me on 12/20/2017
JEFFREY WITTENBERG #01WI4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/18

Steven Sclafani
0826254

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373