# BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 970000.011

WRITER'S DIRECT DIAL:
212-277-5825

March 16, 2018

**VIA ECF ONLY**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:**   *Carlson et al. v. City of New York, et al.*
         **17-CV-172 (PAE)**

Your Honor:

    I am among counsel to Ms. Carlson, the plaintiff in the above captioned matter. The defendant City of New York and the officers represented by the Corporation Counsel and Ms. Carlson believe that a settlement conference is appropriate in this matter. We respectfully request a referral to Magistrate Judge Moses for that purpose. The non-corporation counsel parties do not object to this request.

    We thank Your Honor for your attention to this matter.

Respectfully submitted,

David B. Rankin