USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY,

                                            Plaintiff,

-v-

MICHAEL ANGELO,

                                            Defendant.

------------------------------------------------------------------------- X

17 Civ. 172 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The Court has been notified by Judge Moses that a settlement conference was held but did not result in a settlement. The Court directs that discovery resume forthwith, including *Monell* discovery. The Court's expectation is that discovery can be completed within approximately the amount of time remaining for discovery as of the time discovery was suspended to facilitate settlement discussions. So as to assure that a defined schedule exists governing fact and expert discovery, the Court directs counsel to confer promptly and to submit, by Thursday, August 2, 2018, a revised case management plan.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 28, 2018
       New York, New York