

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

AGNETHA E. JACOB
*Assistant Corporation Counsel*
Telephone: (212) 356-0881
Fax: (212) 356-8760
Email: ajacob@law.nyc.gov
(not for service)

August 2, 2018

**Via ECF**
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Carlson v. City of New York, et al.*, 17-CV-172 (PAE)

Dear Judge Engelmayer:

    I am the Assistant Corporation Counsel assigned to represent Defendant City of New York and twenty-three individual defendants in the above-referenced action, in which Plaintiff Marcela Carlson asserts various causes of action that allegedly arose from the death of her ex-husband, Richard Gonzalez, while he was in the custody of the New York City Department of Correction ("DOC"). Ms. Carlson initiated this suit as the administrator of Mr. Gonzalez's estate and as mother and next friend of Mr. Gonzalez's son, A.G., who has since reached the age of majority.

    I write on behalf of the parties to respectfully inform the Court that the parties have reached a settlement in principle in this matter. Accordingly, the parties respectfully request that the Court adjourn, *sine die*, all currently scheduled deadlines and appearances. The parties expect to take steps to add A.G. as a party to this action and then to submit an executed Stipulation of Settlement and Order of Dismissal to the Court for endorsement and filing within the next four weeks.

    Thank you in advance for your consideration of this request.

    Respectfully submitted,

    /s/ Agnetha E. Jacob
    Agnetha E. Jacob
    Assistant Corporation Counsel

cc: David Bruce Rankin
Beldock Levine & Hoffman LLP
*Attorney for Plaintiff*
(via ECF)

Michael L. Spiegel
The Law Offices of Michael L. Spiegel
*Attorney for Plaintiff*
(via ECF)

James G. Frankie
Frankie & Gentile, P.C.
*Attorney for Defendant Captain Shanu*
(via ECF)

Ethan Michael Felder
Koehler & Isaacs, LLP
*Attorney for Defendant Correction Officers
   Chatham, Drake, and Henry*
(via ECF)